IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACK CARL OLDHAM,

    Plaintiff,

v.

JON M. COUNSELL,

    Defendant.

ORDER

Case No. 22-cv-137-wmc

This case was closed after plaintiff did not respond to the order dated March 15, 2022, directing plaintiff to either pay the $402 filing fee or submit a properly supported request to proceed without prepayment of the filing fee. Now plaintiff has submitted a request to proceed without prepayment of the filing fee. For the court to evaluate plaintiff's request, he must submit a certified copy of a certified copy of a trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Jack Carl Oldham may have until May 27, 2022 to submit a trust fund account statement for the period beginning approximately September 14, 2021 and ending approximately March 15, 2022. If, by May 27, 2022, plaintiff fails to respond

to this order, or show cause for his failure to do so, this case will remain closed.

Entered this 5th day of May, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge